IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| THOMAS WAYNE FLORENCE, § <br> TDCJ No. 01147601, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> ANDREA LOZADA, *et al.*, § <br> § <br> Defendants. § | Civil Action No. 7:20-cv-00142-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Complaint (ECF No. 3) is **DISMISSED** without prejudice.

**SO ORDERED** this 12th day of January, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE